UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHHAVI ARORA, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, <br><br> Defendants. | Case No. 2:24-cv-01951-JLR <br><br> Hon. James L. Robart <br><br> [~~PROPOSED~~] ORDER ENDORSING JOINT PROPOSED SUMMARY JUDGMENT SCHEDULE |

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED THAT the Parties' Joint Stipulation Proposing a Summary Judgment Briefing Schedule is hereby **GRANTED.** The Court endorses the following briefing schedule for the parties to file their summary judgment motions:

- Defendants to file combined opening summary judgment motion and opposition on **December 8, 2025.**

- Plaintiffs to file combined reply in support of their opening motion and opposition to Defendants' summary judgment motion on **December 22, 2025.**

- Defendants to file reply in support of their summary judgment motion on **January 6, 2026.**

The Clerk is DIRECTED to renote Plaintiffs' motion for summary judgment (Dkt. # 20) for January 6, 2026.

IT IS SO ORDERED.

Dated: November 14, 2025

The Honorable James L. Robart
United States District Judge

1

[~~Proposed~~] Order Endorsing Proposed Summary Judgment Briefing Schedule 2:24-cv-01951 (JLR)