UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CHHAVI ARORA,

                Plaintiffs,

v.

JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services,

                Defendants.

Case No. 2:24-cv-01951-JLR

Hon. James L. Robart

[~~PROPOSED~~] ORDER ENDORSING THE PARTIES' JOINT MOTION FOR A STAY OF THE SUMMARY JUDGMENT BRIEFING SCHEDULE (ECF No. 24)

### [~~PROPOSED~~] ORDER

IT IS SO ORDERED THAT the Joint Motion for a Stay of the Parties' Summary Judgment Briefing Schedule (ECF No. 24) is **GRANTED.**

**IT IS FURTHER ORDERED:**

**Within seven days of an agency decision,** the parties will file a status letter, advising the Court of how they wish to proceed. <u>The Clerk is DIRECTED to remove Plaintiff's motion for summary judgment (Dkt. # 20) from the Court's motions calendar pending further order of the Court.</u>

IT IS SO ORDERED.

Dated: <u>December 5, 2025</u>

_____
The Honorable James L. Robart
United States District Judge